C. Douglass THOMAS, Alan E. Thomas, Appellants

v.

**Jack D. PIPPIN, Appellee.**

**Nos. 2015–1575, 2015–1579, 2015–1577, 2015–1578.**

United States Court of Appeals, Federal Circuit.

Jan. 15, 2016.

C. Douglass Thomas, IPVenture, Los Altos, CA, argued for appellants.

Mark Christopher Fleming, Wilmer Cutler Pickering Hale and Dorr LLP, Boston, MA, argued for appellee. Also represented by William F. Lee, Eric Fletcher; Brittany Blueitt Amadi, William G. McElwain, Washington, DC; William N. Hughet,

Robert Danny Huntington, Rothwell, Figg, Ernst & Manbeck, P.C., Washington, DC.

PROST, Chief Judge, MOORE and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**